IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MADISON BEAR, LLC assignee of MREA SAVANNAH, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NOIRE THE NAIL BAR USA, LLC, KHIEM LE, THUY VAN PHAM, and VINH MAI,<br><br>    Defendants. | No. 3:23-CV-38-JEM |

## **AGREED ORDER**

The parties have announced to the Court that they have reached a settlement agreement, without the benefit of mediation, wherein Defendants shall pay a sum certain to Plaintiff within an agreed timeline, but if payment is not forthcoming, an agreed judgment shall enter. The Court finds the parties' agreement well taken and hereby **ORDERS** as follows:

1. The trial of this matter set on October 1, 2024, is hereby canceled, along with the pretrial conference and all other deadlines set forth in Scheduling Order.

2. The parties are hereby **ORDERED** to file either an agreed judgment or an order of compromise and dismissal on or before **November 1, 2024**. If Defendants fail to timely pay toward the full settlement, then an agreed judgment will enter for the balance of what has not been paid;

1

however, if the settlement is timely paid in full, then the parties will submit an agreed order of dismissal.

**IT IS SO ORDERED.**

ENTER:

_Jill E. McCook_
Jill E. McCook
United States Magistrate Judge

**APPROVED FOR ENTRY:**

s/ R. Deno Cole
R. DENO COLE, BPR #018595
Cole, Guindi & Pienkowski
Attorney for Plaintiff
P.O. Box 57
Knoxville, Tennessee 37901-0057
(865) 281-8400
deno@denocole.com


s/ Kevin A. Dean
Kevin A. Dean, BPR #26267
FRANTZ, MCCONNELL & SEYMOUR, LLP
Attorneys for Defendants
550 West Main St. Ste. 500
Knoxville, Tennessee 37902
(865) 546-9321
kdean@fmsllp.com