# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MADISON BEAR, LLC assignee of <br> MREA SAVANNAH, LLC, <br> <br> Plaintiff, <br> vs. <br> <br> NOIRE THE NAIL BAR USA, LLC, <br> KHIEM LE, THUY VAN PHAM, and <br> VINH MAI, <br> <br> Defendants. | Case No. 3:23-cv-38-JEM |

## MOTION TO ENTER AGREED ORDER

Comes the parties, though counsel and by agreement, and move the Court to enter the Agreed Order of Compromise and Dismissal, filed contemporaneously herewith, and in light of the settlement agreement reached by the parties. The parties request that the Court enter the Agreed Order of Compromise and Dismissal.

Respectfully submitted,

s/ R. Deno Cole
R. Deno Cole, BPR No. 018595
Attorney for Plaintiff
Cole, Guindi & Pienkowski
P.O. Box 57
Knoxville, Tennessee 37901
(865) 281-8400


s/ Kevin A. Dean
Kevin A. Dean, BPR #26267
FRANTZ, MCCONNELL & SEYMOUR, LLP
Attorneys for Defendants
550 West Main St. Ste. 500
Knoxville, Tennessee 37902
(865) 546-9321
kdean@fmsllp.com

1