IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MADISON BEAR, LLC assignee of MREA SAVANNAH, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 3:23-cv-38-JEM |
| | ) | |
| NOIRE THE NAIL BAR USA, LLC, KHIEM LE, THUY VAN PHAM, and VINH MAI, | ) ) ) ) | |
| Defendants. | ) ) | |

## AGREED ORDER OF COMPROMISE AND DISMISSAL

Plaintiff, Madison Bear, LLC assignee of MREA Savannah, LLC, having announced to the

Court that the claims of Plaintiff herein against Defendants, Noire the Nail Bar USA, LLC, Khiem

Le, Thuy Van Pham, and Vinh Mai, have all been fully compromised and settled;

It is therefore **ORDERED** that all claims of Plaintiff, Madison Bear, LLC assignee of

MREA Savannah, LLC, against Defendants, Noire the Nail Bar USA, LLC, Khiem Le, Thuy Van

Pham, and Vinh Mai, are all hereby dismissed with prejudice. By agreement of the parties, no

party shall be taxed discretionary costs.

**IT IS SO ORDERED.**

ENTER:

_Jill E. McCook_
Jill E. McCook
United States Magistrate Judge

1

**APPROVED FOR ENTRY:**


s/ R. Deno Cole
R. DENO COLE, BPR #018595
Cole, Guindi & Pienkowski
Attorney for Plaintiff
P.O. Box 57
Knoxville, Tennessee 37901-0057
(865) 281-8400
deno@denocole.com



s/ Kevin A. Dean
Kevin A. Dean, BPR #26267
FRANTZ, MCCONNELL & SEYMOUR, LLP
Attorneys for Defendants
550 West Main St. Ste. 500
Knoxville, Tennessee 37902
(865) 546-9321
kdean@fmsllp.com

2